AO 440 (Rev. 12/09) Summons in a Civil Action

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**CASE NO.:**

MICROSOFT CORPORATION, a
Washington corporation,

1:17-cv-00141-MW-GRJ

*Plaintiff*,

vs.

TECH EMPORIUM ENTERPRISES INC.,
a Florida corporation d/b/a TECH
EMPORIUM; JASON A. LEFSTEAD, an
individual.,

*Defendants*.
______________________________/

## SUMMONS IN A CIVIL ACTION

To:

**Jason A. Lefstead**
**20002 N. W. 131 Place**
**Alachua, Florida 32615**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron S. Weiss
Florida Bar No. 48813
Carlton Fields Jorden Burt P.A.
100 Southeast Second Street
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA

JESSICA LYUBLANOVITS,
*CLERK OF COURT*

Date: 6/5/2017

s/ KELLI MALU, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

111848374.1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00141-MW-GRJ JASON A. LEFSTEAD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* ______________________ was received by me on *(date)* ______________.

I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________; or

☐ I returned the summons unexecuted because ______________________; or

☐ Other *(specify)*:

My fees are $__________ for travel and $__________ for services, for a total of $______________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: