AO 440 (Rev. 12/09) Summons in a Civil Action

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**CASE NO.:**

MICROSOFT CORPORATION, a Washington corporation,

1:17-cv-00141-MW-GRJ

*Plaintiff*,

vs.

TECH EMPORIUM ENTERPRISES INC., a Florida corporation d/b/a TECH EMPORIUM; JASON A. LEFSTEAD, an individual.,

*Defendants.*
_______________________________/

**SUMMONS IN A CIVIL ACTION**

To: **Tech Emporium Enterprises, Inc.**
**Jason A. Lefstead - Registered Agent**
**20002 N. W. 131 Place**
**Alachua, Florida 32615**

A lawsuit has been filed against you.

Within **21 days after service of this summons** on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron S. Weiss
Florida Bar No. 48813
Carlton Fields Jorden Burt P.A.
100 Southeast Second Street
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

JESSICA J LYUBLANOVITS,
*CLERK OF COURT*

Date: 6/5/2017

s/ KELLI MALU, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

111848334.1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00141-MW-GRJ

## PROOF OF SERVICE

TECH EMPORIUM ENTERPRISES, INC

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* ______________________________ was received by me on *(date)* ________________.

☐ I personally served the summons on the individual at *(place)* ____________________ ______________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ________________; or

☐ Other *(specify)*:

My fees are $________ for travel and $________ for services, for a total of $____________ .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

111848334 1

________________________________
*Server's address*

Additional information regarding attempted service, etc: